UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. 4:22-CR-387 |
| | § | |
| YARTAVEOUS A. RANDOLPH | § | |
| | § | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS CHARGES THAT:

## COUNT ONE

Between December 2021 and January 2022, within the Houston Division of the Southern District of Texas, the defendant, YARTAVEOUS A. RANDOLPH, did knowingly and willfully obstruct the passage of mail.

In violation of Title 18, United States, Code, Section 1701.

ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas

By: *Carrie Wirsing*
Carrie Wirsing
Assistant United States Attorney