# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*  Case Number: 4:22−cr−00387

Yartaveous A Randolph

## Notice of Setting

**A proceeding has been set in this case as to Yartaveous A Randolph as set forth below.**

**BEFORE:**
**Magistrate Judge Sam S Sheldon**

**LOCATION:**
Courtroom 700
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 5/25/2023

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Arraignment
Re−Arraignment Hearing
Sentencing
Applicable defendant(s) required to be present at the hearing.

Date:   May 18, 2023                                      Nathan Ochsner, Clerk