UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA
    Plaintiff

v.      Case No. 4:22-CR-387

YARTAVEOUS A. RANDOLPH
    Defendant

---

**JUDGMENT**

On **May 25, 2023**, the above-named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of obstructing the passage of mail, in violation of 18 U.S.C. 1701, as charged in the Criminal Information; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and

convicted. The defendant is hereby sentenced to time-served.

You must pay the $10 special assessment to the Clerk's Office.

DONE at Houston, Texas on May 26, 2023.

                                              Sam S. Sheldon
                                              United States Magistrate Judge